| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Miguel A. Ortiz (SBN 245137)<br>Graham Vaage LLP<br>500 N. Brand Blvd., Ste. 1030<br>Glendale, CA 91203<br>Telephone: (818)547-4800  Telecopier: (818)547-3100<br><br><br><br>*Attorney for Plaintiff* Hovy Truong | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: PAUL MUSCARE | CHAPTER 7 |
|---|---|
| | CASE NUMBER 2:10-bk-24914-VK |
| Debtor. | ADVERSARY NUMBER 10-01979 VK |
| HOVY TRUONG<br><br>Plaintiff(s),<br><br>vs.<br><br>PAUL MUSCARE<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____July 6, 2010_____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: 8/2/2010    Time: 10:00 AM    Courtroom: 1675    Floor: 16th

☒ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____June 4, 2010_____

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____Betty Pickett_____
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                    F 7004-1

Summons and Notice of Status Conference - Page 2

F 7004-1

| In re<br>PAUL MUSCARE | (SHORT TITLE) | CASE NO.: 2:10-bk-24914-VK |
|---|---|---|
| | Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
500 N. Brand Blvd., Ste. 1030
Glendale, CA 91203

A true and correct copy of the foregoing document described as  SUMMONS AND NOTICE OF STATUS CONFERENCE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On  6/2/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Paul Muscare                 Trustee David L. Hanh
610 S. Verdugo Rd., Apt 29          Hahn Fife & Co., LLP
Glendale, CA 91205                  22342 Avenida Empresa, Suite 26, Rancho Santa Margarita, CA 92688

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/2/10 | Liz Marquez | /s/ Marquez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

F 7004-1

## JUDGE VICTORIA S. KAUFMAN'S
## STATUS CONFERENCE INSTRUCTIONS

1. A copy of these instructions <u>must</u> be attached to the copy of the complaint served upon each party, and the <u>proof of service must state that these instructions, as well as a copy of the summons and complaint, was served</u>.

2. Plaintiff must serve, with the summons and complaint, a notice in compliance with <u>Local Bankruptcy Rule 7026-1(a)(1)</u>. Plaintiff must also file proof of service of the notice with proof of service of the summons and complaint as required by <u>Local Bankruptcy Rule 7026-1(a)(2)</u>.

3. Counsel for the parties **MUST TIMELY MEET TO DISCUSS SETTLEMENT AND TO EXCHANGE DOCUMENTS, OTHER EVIDENCE AND LISTS OF WITNESSES AND PRELIMINARY DISCOVERY SCHEDULES AS PROVIDED IN FED. R. BANKR. P. 7026.**

4. Pursuant to <u>Local Bankruptcy Rule 7016-1(a)(2)</u>, all parties <u>must</u> file a Joint Status Report at least fourteen (14) days before the date set for each status conference. The Joint Status Report should be in a form substantially similar to Exhibit A attached hereto, *i.e.*, Local Form 7016-1.1. Failure to file such a Joint Status Report may result in the imposition of monetary sanctions and/or the status conference being continued and parties being ordered to redo the status report to conform to Exhibit A. If cooperation in the filing of a Joint Status Report cannot reasonably be obtained, each appearing party must file a Unilateral Status Report and Declaration which comply with <u>Local Bankruptcy Rule 7016-1(a)(3)</u>.

5. If a response to the complaint is not timely filed:

    A. The plaintiff should file a request for entry of default by the clerk. The plaintiff also may request entry of a default judgment by filing and serving (if necessary) an appropriate motion; see <u>Fed. R. Bankr. P. 7055</u> and <u>Local Bankruptcy Rule 7055-1(b)</u>;

    <u>AND</u>

    B. No later than ten (10) days prior to the status conference, each appearing party <u>must</u> file a Unilateral Status Report (completing Sections A-E of Exhibit A attached hereto) as required by <u>Local Bankruptcy Rule 7016-1(a)(3)</u>.

6. If the parties dispute whether the adversary proceeding is "core" within the meaning of 28 U.S.C. § 157(b), they must file points and authorities in support of their positions. Any party who contends that the proceeding is "non-core" must file and serve a memorandum of points and authorities and evidence in support of his/her/its position no less than fourteen (14) days before the status conference. Any response must be filed at least seven (7) days before the status conference. **If a party does not timely file and serve his/her/its papers, that failure may be deemed a consent to whatever determination the Court makes.**

7. Any party claiming a right to trial by jury must make a timely demand as set forth in <u>Local Bankruptcy Rule 9015-2</u>. If the parties dispute whether a party has a right to a jury trial, they must

file points and authorities in support of their positions. Any party who contends that he/she/it has a right to a jury trial must file and serve a memorandum of points and authorities and evidence in support of his/her/its position no less than fourteen (14) days before the status conference. Any response must be filed at least seven (7) days before the status conference. **If a party does not timely file and serve his/her/its papers, that failure may be deemed a consent to whatever determination the Court makes.**

8. **Counsel for each party and any party who does not have counsel must appear in person at the first status conference, unless JUDGE KAUFMAN has authorized appearance by telephone for the adversary proceeding at issue.** With respect to subsequent status conferences, counsel for each party and any party who does not have counsel may appear by telephone if they make timely arrangements to do so in accordance with Judge Kaufman's telephonic appearance procedures, which can be accessed by clicking "Information" on the upper left-hand corner of the Court's website at www.cacb.uscourts.gov. If a party has questions about these procedures or cannot locate them on the Court's website, the party may contact Judge Kaufman's Courtroom Deputy, Sandra Bryant, at (213) 894-7341.

9. Unless otherwise ordered by the Court, within seven (7) court days after the status conference, the plaintiff must submit a Scheduling Order which complies with Local Bankruptcy Rule 7016-1(a)(4).

10. Extensions of time to respond to a pleading are ineffective by stipulation of the parties unless approved by the Court. The Court is likely to deny requests to extend the response deadline to a date within five (5) days of the hearing date unless the hearing date is continued to a date which permits the Court adequate time to consider the pleadings. The Court will not grant a request to continue a hearing unless the request states adequate cause for the continuance.

11. Failure to comply with these instructions may subject the responsible party to a minimum sanction of $150, or such other sanctions as may be warranted under the circumstances or allowed under Local Bankruptcy Rule 7016-1(f).

12. Failure of counsel for any party to appear at a status conference may be considered an abandonment or failure to prosecute or defend diligently and may result in dismissal of the proceeding or judgment entered against the defaulting party without further hearing, or such other sanctions as may be warranted under the circumstances or allowed under Local Bankruptcy Rule 7016-1(g).

Hon. Victoria S. Kaufman
United States Bankruptcy Judge

(Revised 3/23/09)

2

| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Attorney for | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| Debtor(s). | |
| Plaintiff(s). | CHAPTER: <br> CASE NO.: |
| vs. | ADVERSARY NO.: |
| Defendant(s). | DATE: <br> TIME: <br> PLACE: |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

A.    **PLEADINGS/SERVICE:**

1. Have all parties been served?    ☐ Yes    ☐ No

2. Have all parties filed and served answers to the complaint/ counter-complaints/etc.?    ☐ Yes    ☐ No

3. Have all motions addressed to the pleadings been resolved?    ☐ Yes    ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?    ☐ Yes    ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below (or on attached page):

*(Continued on next page)*

| Joint Status Report - *Page 2* | **F 7016-1.1** |
|---|---|
| In re<br><br>Debtor(s). | CHAPTER:<br>CASE NO.:<br>ADVERSARY NO.: |

**B.** **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   Plaintiff                                                                 Defendant

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
   Plaintiff                                                                 Defendant

3. When do you expect to complete your discovery efforts?
   Plaintiff                                                                 Defendant

4. What additional discovery do you require to prepare for trial?
   Plaintiff                                                                 Defendant

**C.** **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?
   Plaintiff                                                                 Defendant

2. How many witnesses do you intend to call at trial (including opposing parties)?
   Plaintiff                                                                 Defendant

3. How many exhibits do you anticipate using at trial?
   Plaintiff                                                                 Defendant

*(Continued on next page)*

| Joint Status Report - *Page 3* | **F 7016-1.1** |
|---|---|
| In re | CHAPTER: |
| | CASE NO.: |
| Debtor(s). | ADVERSARY NO.: |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____
_____
_____

<u>Defendant</u>

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____
_____
_____

<u>Plaintiff</u>

Pre-trial conference should be set <u>after</u>:

(date) _____

<u>Defendant</u>

Pre-trial conference should be set <u>after</u>:

(date) _____

**E.    SETTLEMENT:**

1.    What is the status of settlement efforts?


2.    Has this dispute been formally mediated?        ☐    Yes    ☐    No
      If so, when?


3.    Do you want this matter sent to mediation at this time?

                    Plaintiff                              Defendant
            ☐    Yes    ☐    No            ☐    Yes    ☐    No

*(Continued on next page)*

Revised August 2005    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

| Joint Status Report - *Page 4* | | F 7016-1.1 |
|---|---|---|
| In re | | CHAPTER: |
| | | CASE NO.: |
| | Debtor(s). | ADVERSARY NO.: |

F.   **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: _____          Dated: _____

_____                  _____
*Firm Name*                                       *Firm Name*

By: _____              By: _____

Name: _____              Name: _____

Attorney for: _____             Attorney for: _____